Johnny BELSOME; Timothy Allen; Jody Hinkley; Donald Marcel; Keith Hinkley; Starr Atchison; Edward Thiel; Brett Hunter; Tara Belsome, on behalf of themselves and all others similarly situated, Plaintiffs–Appellants,

v.

Paul R. BURKS; Rex Venture Group, LLC, d/b/a Zeekrewards.com, Defendants—Appellees,

Kenneth D. Bell, as the appointed Receiver of Rex Venture Group, LLC et al., Intervenor–Appellee.

No. 14–1028.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2014.

Decided: Oct. 10, 2014.

Marc R. Michaud, New Orleans, Louisiana, for Appellants. Noell P. Tin, Jacob H. Sussman, Tin, Fulton, Walker & Owen, PLLC, Charlotte, North Carolina; Irving M. Brenner, Kenneth D. Bell, Matthew E. Orso, McGuirewoods, LLP, Charlotte, North Carolina, for Appellees.

Before WILKINSON, MOTZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

This is an appeal from the district court's order denying a motion to lift the stay imposed in the underlying Receivership. We have reviewed the record included on appeal, as well as the parties' briefs, and find no abuse of discretion by the district court. Accordingly, we affirm for the reasons stated by the district court. *Belsome v. Burks,* No. 3:12–cv–00800–GCM (W.D.N.C. Dec. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*